UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK A. HILL,

          Plaintiff,

   v.

TRENT ALLEN,

          Defendant.

Case No. 24-cv-00005-KAW

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges a conviction and sentence he received in the San Diego County Superior Court, which lies in the Southern District. Accordingly, this action is TRANSFERRED to the Southern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall terminate all pending motions and transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: March 15, 2024

KANDIS A. WESTMORE
United States Magistrate Judge